cal lb

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal No.07cr857 JM |
|---|---|---|
| Plaintiff, | ) | Order on Joint Motion to Continue Hearing |
| v. | ) | |
| **MARCOS RODRIGUEZ-DAVILA**, | ) | |
| Defendants. | ) | |

Upon the Joint Motion of counsel and for good cause being shown, the motion hearing currently scheduled before United States District Judge Jeffrey T. Miller on September 7, 2007 is hereby continued to *September 21, 2007 at 11:00 a.m.*

IT IS SO ORDERED.

DATED: September 6, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge